167 So.2d 674

Denzil R. MURPHY

v.

BATON ROUGE COCA COLA BOTTLING COMPANY et al.

No. 47425.

Oct. 8, 1964.

In re: Denzil R. Murphy applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 165 So.2d 636.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

167 So.2d 674

Clifton J. BONVILLIAN

v.

Mrs. Theda D. DAUPHIN et al.

No. 47459.

Oct. 8, 1964.

In re: Clifton J. Bonvillian applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 166 So.2d 40.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in its judgment.